ACCEPTED
05-18-00214-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/4/2018 10:08 AM
LISA MATZ
CLERK

Appeal No. 05-18-00214-CR

| | | |
|---|---|---|
| DONALD CUNNINGHAM | § | IN THE FIFTH DISTRICT |
| | § | |
| V. | § | COURT OF APPEALS |
| | § | |
| THE STATE OF TEXAS | § | AT DALLAS, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/04/2018 10:08:47 AM
LISA MATZ
Clerk

## MOTION TO RESCIND NOTICE OF MAY 30, 2018 AND FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF FOR APPELLANT

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW Donald Cunningham, Appellant in this cause, by and through his attorney on appeal, and requests this Court to grant an extension of time to file the Brief for Appellant of 30 days, from May 27, 2018, to June 26, 2018, for the reasons shown below.

### I.

Appellant was convicted of aggravated sexual assault of a child. Appellant was convicted on February 23, 2018. The record was completed on April 27, 2018. Appellant's brief was due on May 27, 2018. Considering the absence of any first extension motion, this Court on May 30, 2018 directed Appellant to file his brief within 10 days.

### II.

Appellant by oversight failed to upload his first extension motion on May 24,

1

2018.  Appellant prepared the original version of this motion and served the State via e-mail on May 24, 2018, three days before his brief was due. Appellant now files this updated motion on June 4, 2018.

## III.

The need for a briefing extension is reasonably explained by counsel spending time including as follows since April 27, 2018: (1) 46-page Brief for Appellant in *Anthony Chiplin v. State*, Appeal No. 05-17-01052-CR, an appeal from a jury conviction with four points of error on a record that was approximately 925 pages, filed on May 4, 2018; (2) 24-page Brief for Appellant in *Tevin Ahere v. State*, Appeal No. 05-17-00737-CR, with six points of error, filed on May 11, 2018; (3) Reply Brief in *Leonard Mornes v. State*, Appeal No. 05-17-00289-CR, with four reply issues, received on May 17, 2018 and filed thereafter; and (4) 23-page Brief for Appellant in *Chelsea Wallace v. State*, Appeal No. 05-18-00006-CR, tendered to this Court on May 24, 2018 and filed on May 29, 2018.  Also, counsel was out of the office during the work week of May 29, 2018 through June 1, 2018.

## III.

For the reasons stated, counsel respectfully requests a first briefing extension of 30 days, from May 27, 2018, to June 26, 2018. Appellant respectfully asks this Court to rescind its notice of May 30, 2018, due to his oversight, and because the State was notified of Appellant's request.  Appellant requests any other relief that this Court would deem appropriate.

Respectfully submitted,


/s/ Christian T. Souza
Christian T. Souza
Assistant Public Defender
State Bar No. 00785414
133 N. Riverfront Blvd.
Dallas, TX 75207
Tel. 214-653-3650
(214) 653-3539 (*fax)*
Christian.souza@dallascounty.org

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion was served on the Dallas County Criminal District Attorney's Office (Appellate Division), 133 N. Industrial Blvd., B-19, 10th Floor, Dallas, Texas, 75207, by electronic service or by e-Mail to dcdaappeals@dallascounty.org.

/s/ Christian T. Souza
Christian T. Souza